UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

B H & B CONSTRUCTION INC.,

                Defendant.

------------------------------------- x

ORDER

19 Civ. 6835 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 0 2019

GEORGE B. DANIELS, United States District Judge:

This action having been commenced on July 23, 2019 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant B H & B Construction Inc. on August 15, 2019 through Mrs. Cabungcal, attorney for Defendant, and on August 20, 2019 through John Smith, an authorized agent of Defendant, and proof of service having been filed on August 26, 2019,[1] and Defendant having failed to answer, appear, or otherwise move with respect to the Complaint, and the time for appearing, answering, or moving having expired, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Plaintiff United States of America have judgment against Defendant B H & B Construction Inc.

This matter is referred to Magistrate Judge Barbara C. Moses for an inquest on damages.

Dated: New York, New York
      November 20, 2019

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

---

[1] The affidavits of service identify the names of Defendant's attorney and authorized agent only as "John Smith (name refused)" and "Mrs. Cabungcal," respectively. (Aff. of Service, ECF No. 7, at 1; Aff. of Service, ECF No. 7-1, at 1.)