UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                 Plaintiff,

    -against-

B H & B CONSTRUCTION INC.,

                Defendant.
------------------------------------------------------------x

ORDER

19 Civ. 6835 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Order of Reference to the Magistrate Judge dated November 20, 2019, (ECF No. 18), is withdrawn.

Dated: New York, New York
      November 20, 2019

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge