UNITED STATES DISTRICT COURT  CASE NO. 19-cv-6835
SOUTHERN DISTRICT OF NEW YORK
United States of America

                        Plaintiff,



-vs-

B H & B Construction Inc.

                        Defendant

## DEFAULT JUDGMENT

Plaintiff United States of America's motion for a default judgment is granted in its entirety. Accordingly, on this 20th day of November, 2019 it is

ORDERED, ADJUDGED AND DECREED THAT:

A default judgment be and hereby is granted and entered in favor of the United States of America and against the Defendant B H & B Construction Inc. with offices at 1431 Bruckner Boulevard, Bronx, New York 10472 for the sum of $16,743.40 plus accrued interest at 1% per annum from July 24th, 2019 in the sum of $ 55.05 plus a penalty rate of 6% per annum accruing from July 24th, 2019 in the sum of $ 330.28 for a total judgment of $ 17,128.73 and that Plaintiff have execution thereon.

_George B. Daniels_ NOV 20 2019
Hon. George B. Daniels